UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 04, 2017

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER LOPEZ,<br><br>Defendant. | Case No. 2;17-mj-00175-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __ALEXANDER LOPEZ__,

Case No. __2;17-mj-00175-CKD__, from custody for the following reasons: *on 10/5/2017 at 9:00 am mm Marshall lockup*

\_\_\_\_\_ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 25,000 - cosigned by defendant's brother.

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): Pretrial Services conditions of supervision.

Issued at Sacramento, California on October 04, 2017 at __2:15 pm__

By: *[signature]*

Magistrate Judge Carolyn K. Delaney