| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | NOA E. OREN, #297100<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | |
| 6 | Attorney for Defendant<br>ALEXANDER LOPEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-184 KJM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |
| v. | |
| ALEXANDER LOPEZ, et al., | JUDGE: Hon. Edmund F. Brennan |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Alexander Lopez, through their respective attorneys, that his alcohol condition (Condition #9), imposed on Mr. Lopez on October 5, 2017 (Dckt. 16), be amended as follows:

9. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

And the parties stipulate that the following condition be added:

13. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as

Stipulation and [Proposed] Order
to Modify Pretrial Conditions

-1-

determined by the pretrial services officer.

    Ms. Taifa Gaskins, Mr. Lopez's pretrial services officer has recommended these conditions to assist Mr. Lopez on supervision.

DATED: February 14, 2018          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Noa E. Oren*
                                          NOA E. OREN
                                          Assistant Federal Defender
                                          Attorney for ALEXANDER LOPEZ

DATED: February 14, 2018          MCGREGOR W. SCOTT
                                          United States Attorney

                                          */s/ James Conolly*
                                          JAMES CONOLLY
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that release condition #9 imposed on Mr. Harris on February 22, 2016 (Dckt. 12) be amended as follows:

9. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

The parties stipulate that the following condition be added as follows:

13. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions shall remain in force.

Dated: February 15, 2018

Hon. Edmund F. Brennan
United States Magistrate Judge