UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>ALEXANDER LOPEZ,<br><br>                Defendant. | No. 2:17-CR-00184-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release ALEXANDER LOPEZ; Case No. 2:17-CR-00184-KJM, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $

           ___ Unsecured Appearance Bond

           ___ Appearance Bond with 10% Deposit

           ___ Appearance Bond with Surety

           ___ Corporate Surety Bail Bond

    _X_ (Other): Time Served

Issued at Sacramento, California on _____ March 30, 2020 _____, at _12:17 pm_ .

                                                        CHIEF UNITED STATES DISTRICT JUDGE